1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LAUREN D. CUSICK, Bar #FL 0014255
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   GILBERTO FLORES-GARCIA

9              IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,        ) No. CR-S-08-415-FCD
                                    )
13              Plaintiff,          ) 1st STIPULATION AND ORDER
                                    ) CONTINUING STATUS CONFERENCE
14      v.                          )
                                    )
15 GILBERTO FLORES-GARCIA           ) Date:  November 3, 2008
                                    ) Time:  10:00 a.m.
16              Defendant.          ) Judge: Frank C. Damrell
   _____)

18      It is hereby stipulated between the parties, Daniel S. McConkie,

19 Assistant United States Attorney, attorney for plaintiff, and Lauren D.

20 Cusick, Assistant Federal Defender, attorney for defendant, GILBERTO

21 FLORES-GARCIA that the status conference/change of plea hearing date of

22 October 14, 2008 be vacated and continued to November 3, 2008 at 10:00

23 a.m.

24      This continuance is requested as negotiations are continuing

25 between the parties and additional time is needed for defense

26 investigation.

27      It is further stipulated that the period from October 14, 2008

28 through and including November 3, 2008 should be excluded pursuant to

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  October 10, 2008                Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Lauren D. Cusick
                                        LAUREN D. CUSICK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        GILBERTO FLORES-GARCIA


Dated:  October 10, 2008                MCGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ Lauren D. Cusick for
                                        DANIEL S. McCONKIE
                                        Assistant U.S. Attorney
                                        per telephonic authorization

**O R D E R**

IT IS SO ORDERED.

Dated:   October 10, 2008




                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE

Stip and Order                          2