LAWRENCE G. BROWN
Acting United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S-08-415 FCD |
| Plaintiff, | GOVERNMENT MOTION TO DISMISS AND ORDER DISMISSING INDICTMENT |
| v. | |
| GILBERTO FLORES-GARCIA, | |
| Defendant. | |

The government hereby moves to dismiss the indictment because venue lies in the Central District of California.

As alleged in the indictment, the defendant was found in the Eastern District of California on August 3, 2008. However, the government has become aware that, in April 2008, when the defendant was in custody on local charges in the City of La Habra in the Central District of California, an ICE hold was placed on him. The defendant was released from custody in La Habra and was not deported prior to his contact with immigration authorities in the Eastern District. Accordingly, the defendant was "found" in April 2008 in the Central District of California for purposes of a Title 8, section 1326 prosecution. See United States v.

1

Hernandez, 189 F.3d 785 (9th Cir. 1999).

    Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government asks the Court to file an order dismissing the indictment.

```
                              Respectfully submitted,

                              LAWRENCE G. BROWN
                              Acting United States Attorney

Date: February 4, 2009   By:  /s/ Daniel S. McConkie
                              DANIEL S. McCONKIE
                              Assistant U.S. Attorney

                              Attorneys for the Plaintiff
                              UNITED STATES OF AMERICA
```

**O R D E R**

APPROVED AND SO ORDERED:

Dated: February 5, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE